## RECONSIDERATION DOCKET

**95–1535. Ardire v. Tracy.**
Board of Tax Appeals, No. 94–K–347. Reported at 77 Ohio St.3d 409, 674 N.E.2d 1155. On motion for reconsideration. Motion denied.

**95–2453. Olmsted Falls Bd. of Edn. v. Tracy.**
Board of Tax Appeals, No. 93–P–1381. Reported at 77 Ohio St.3d 393, 674 N.E.2d 690. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**96–2430. Hoeffel v. Henry Cty. Bd. of Commrs.**
Henry App. No. 7–95–9. Reported at 77 Ohio St.3d 1547, 674 N.E.2d 1186. On motion for reconsideration, motion for leave to file motion for reconsideration by *amicus curiae* Ohio Nurses Association, and motion for leave to file motion for reconsideration by *amicus curiae* Ohio Board of Nursing. Motions denied.

LUNDBERG STRATTON, JJ., dissents.

**96–2523. Martin v. Gen. Motors Corp.**
Trumbull App. No. 96–T–5387. Reported at 77 Ohio St.3d 1548, 674 N.E.2d 1186. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.